# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**COURTNEY FOGLE,**

    **Plaintiff,**

v.                                                **Case No: 6:24-cv-692-PGB-EJK**

**REYNOLDS CONSUMER PRODUCTS LLC,**

    **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal, filed July 9, 2024. (Doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Reynold Consumer Products LLC are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 10, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties